UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.:  24-14174-BKC-PDR
PROCEEDING UNDER CHAPTER 13

IN RE:

CHRISTIAN DARIO QUINTEROS
XXX-XX-0203
PATRICIA ANDREA CEBALLOS
XXX-XX-3858

DEBTORS_____/

### NOTICE OF DELINQUENCY

**PLEASE TAKE NOTICE** the above-referenced Debtors are **delinquent under the confirmed Chapter 13 plan in the amount of $1132.78. This amount does not include payments due after the date of this Notice.**

The Debtors shall have forty-five (45) days from the date of this Notice to remit the entire amount listed above to the Chapter 13 Trustee ("Trustee"). If the Trustee does not receive the entire payment no later than **March 24, 2025**, the Trustee may file and serve a Report of Non-Compliance. In the event the Trustee files a Report of Non-Compliance, the case will be dismissed without further notice or hearing.

In the alternative, if the Trustee files a Report of Compliance, the Debtors are required to continue making timely payments until completion of the plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice of Delinquency was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 7th day of February 2025.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

NOTICE OF DELINQUENCY
CASE NO.:  24-14174-BKC-PDR

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTORS**
CHRISTIAN DARIO QUINTEROS
PATRICIA ANDREA CEBALLOS
3218 HARDING STREET
HOLLYWOOD, FL  33021

**ATTORNEY FOR DEBTORS**
LOUIS A. HERNANDEZ, ESQUIRE
3785 NW 82ND AVE, SUITE 417
MIAMI, FL  33166